IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DWAYNE PICKENS,<br>　　　　Plaintiff,<br>　v.<br>PELICAN BAY STATE PRISON,<br>　　　　Defendant.<br>_____ | No. C 05-5196 MMC (PR)<br>**ORDER OF DISMISSAL** |

　　　　Plaintiff, a California prisoner proceeding pro se, file the above-titled civil rights action on December 19, 2005. That same date, the Court notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, including the requisite trust account statement and certificate of funds, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Plaintiff has not responded. As more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, the above-titled action is hereby DISMISSED without prejudice.

　　　　The Clerk shall close the file.

　　　　IT IS SO ORDERED.

DATED: February 8, 2006

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge